UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-14042-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff/Respondent

v.

ULRICK TOUSSAINT,

    Defendant/Petitioner
_____/



FILED by ___ D.C.

AUG 28 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## REPORT AND RECOMMENDATION ON MOTION FOR TRIAL RECORDS AND ASSOCIATED DOCUMENTS [D.E. #116] AND REQUEST FOR RECORDS AND TRANSCRIPTS [D.E. #117]

**THIS CAUSE** having come on to be heard upon the pro se Motion For Trial Records And Associated Documents [D.E. #116] and the pro se Request For Records And Transcripts [D.E. #117], and this Court having reviewed the motions as well as the court file and record herein, recommends to the District Court as follows:

1. The Petitioner alleges that his Court appointed counsel has not kept him informed of the status of his appeal. Therefore, the pro se Petitioner requests certain records from the court file.

2. It is clear from the court file in this case and the record, that the Petitioner's appeal was denied and the judgment of the District Court affirmed by entry of an Order by the Eleventh Circuit Court of Appeals on April 13, 1999. Therefore, there is no appeal pending. The Petitioner's request for records over seven years after his appeal was denied is without merit. There have been no further motions or appeals which are now pending in this case.

**ACCORDINGLY**, this Court recommends to the District Court that the Petitioner's Motion For Trial Records And Associated Documents [D.E. #116] be **DENIED** and the Request For Records And Transcripts [D.E. #117] be **DENIED**.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 28TH day of August, 2007, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Robert H. Waters, Jr.
Joaquin Perez, Esq.

Ulrick Toussaint, Reg. No. 40871-004
FCC-USP-1
P.O. Box 1033
Coleman, FL 33521-1033