UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-14042-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.

ULRICK TOUSSAINT,

    Defendant/Petitioner

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [119] on Motion for Trial Records and Associated Documents and Request for Records and Transcripts issued August 28, 2007.

After review of the Report and Recommendation and Defendant's Objections Thereto [120] it is hereby

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued August 28, 2007 is hereby **ADOPTED**. Defendant's Motion for Trial Records and Associated Documents [119] and Request for Records and Transcripts [117] are hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of September, 2007.

                                          K. MICHAEL MOORE
                                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record